AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jamie Petrone-Codrington | ) | Case No. 3:21-mj-888 (SALM) |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 2013 through August 26, 2021 in the county of New Haven in the
District of CT, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1957 | Money Laundering |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Bureau of Investigation Special Agent Anthony Crisera, which is incorporated herein by reference.

☑ Continued on the attached sheet.

ANTHONY CRISERA
Digitally signed by ANTHONY CRISERA
Date: 2021.09.02 15:02:21 -04'00'

*Complainant's signature*

Anthony M. Crisera, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 2 Sept 2021

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2021.09.02 16:32:18 -04'00'

*Judge's signature*

City and state: New Haven, CT

Hon. Sarah A.L. Merriam, U.S. Magistrate Judge

*Printed name and title*